FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Shakim D. Adams #543
Jamar Burney #647
John Sanchez #587

(Enter above the full name of the plaintiff in this action)

COMPLAINT

**RECEIVED**

MAR 2 0 2014

AT 8:30_____M
WILLIAM T. WALSH, CLERK

V.

Civil Action No. 14-1779 (CCC)
(To be supplied by the Clerk of the court)

Sgt. L. Haskins
Mrs. S. Davis
S/O - A. Pitts
Mrs. J. Ottino
Mrs. Shantay Adams

(Enter above the full name of the defendant or defendants in this action)

Filing this lawsuit against Defendants under their personal capacity as well as official capacity.

Date:

## Civil Rights Complaint

1. Jurisdiction is asserted pursuant to:

    X
    _____    42 U.S.C. § 1983  (Applies to state prisoners)

    Bivens V.  Six Unknown Agents of Fed. Bureau of Narcotics.
    _____    _____
    403 U.S. 388 (1971) and 28 U.S.C. Z 1331 (applies to federal prisoners.

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

_____

2. Previously Dismissed Federal Civil Actions or Appeals_____

    a) Parties to previous lawsuit:_____

_____

    Plaintiff(s): _____

    Defendant(s):_____

_____

b) Court and docket number: _____

c) Ground for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted

CIVIL RIGHTS COMPLAINT

3. Place of Present confinement? East Jersey State Prison - Ad-Seg-Unit / S.T.U.

4. Parties:

    a) Name of plaintiff's - Shakir D. Adams [543] / Jamie Burney [647] / John Sanchez [587]

    Address: East Jersey State Prison - Ad-Seg-Unit / S.T.U., 8 Production Way, CN-905, Rahway, N.J. 07001

    Inmate #: #543 / #647 / #587

    b) First defendant - name: Sgt. L. Haskins

    Official position: 1st shift Supervising Sgt.

Place of employment: E.J.S.P. - Ad-Seg-Unit - S.T.U.

How is this person involved in this case?
(i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

"Knowingly and for her own personal reasons, abused her powers as a Sgt. (D.O.C) by spraying pepper spray/mase into our eyes, while we was in handcuffs and not resisting anything or causing any kind of conflict." when we complained about not being able to see, I was told by the above, to Shut up."

Civil Rights Complaint

b)  Second defendant - name: Mrs. S. Davis

Official position: Asst. Supt. of D.O.C.

Place of employment: East Jersey State Prison-Ad-seg unit S.T.U.

How is this person involved in this case?
(i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

For failing to answer or investigate grievances. And also over-see the conduct of her officers abusing their authority, by committing acts that's outside of their profession.

d)  Third defendant - name: S/o - A. Pitts

Official position: South unit Correctional officer

Place of employment: East Jersey State Prison-Ad-seg-unit S.T.U.

How is this person involved in this case?  (i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

For using un-necessary and excessive force by twisting our arms, while putting us in handcuffs. And then twisting our arms even more, when we was being walked down the stairs, putting the shoulder blades into even more pain, while the supervising Sgt. watches.

Civil Rights Complaint

e) Forth defendant - name: _MRS. J. Ottino_
   Official position: _Program Coordinator - D.H.S._
   Place of employment: _East Jersey State Prison - Ad-Seg-unit S.T.U._
   How is this person involved in this case? (i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

   Dis-regarding and Allowing D.O.C. to physically Abuse us. By luering Her Eyes From the Complaints of How D.O.C South unit officers & Sgt. Inflicting pain on Our persons.

f) Fifth defendant - name: _MRS. Shawley Adams_
   Official position: _unit Director - D.H.S._
   Place of employment: _East Jersey State Prison Ad-Seg - Unit S.T.U._
   How is this person involved in this case? (i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

   For over-looking the Abuse that we are constantly getting From these Correction officers on the South unit. And Dis-regarding the Complaints of these serious Acts. Causing them to Continue and Elevate out of Control.

CIVIL RIGHTS COMPLAINT

g) Sixth defendant - name: _____

Official position: _____

Place of employment: _____

How is this person involved in this case? (i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

_____

_____

_____

_____

_____

h) seventh defendant name: _____

Official position: _____

Place of employment: _____

How is this person involved in this case? (i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

_____

_____

_____

_____

Civil Rghts Complaint

5. I previously have sought informal of formal relief from the appropriate administrative officials regarding the acts complained of the Statement of Claims on page

____ YES  ✓ NO

If your answer is "Yes," briefly describe the steps taken, including how relief was sough, from whom you sought relief, and the results.

_____

_____

_____

_____

_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

Because the Executive Assistant for D.O.C. (Mrs. Deborah Maloney) intercepting the grievances and re-routing them back into the hands of the ones we written up on grievances causing the problem to escalate even more.

Civil Rights Complaint

6. Statement of Claims:

SEE ATTACHED LINES YORNS

# STATEMENT OF CLAIMS

1 of 7
3/12/14

On 3/12/14, at 7am. The nurse (nurse Erika) came to the south unit. And told the south unit Correctional officer (S/Co-Pitts) to lock down the lock up area, when it wasn't necessary.

Due to everyone being on tier nap. And no-one is locked in cells.

This lock in sessions only happens when this particular nurse is working.

When a Sgt. was at 8:30 requested to come to the south unit, about this/these calculated, un-called for, lock ins.

1st shift, Sgt. L. Haskins came to the South unit, when it was trying to be explained to her (Sgt. L. Haskins) about this one nurse routinely getting us locked in, for her own personal reasons.

Sgt. L. Haskins, told us to shut up, and to turn around and ordered her officers to proceed on putting handcuffs on us.

"without allowing us to explain our side or anything. And placed us on T.C.C. (Temporary close custody)

RECEIVED
MAR 20 2014
WILLIAM T. WALSH, CLERK

# Statement of Claims

2 of 7
3/17/14

24 Hour Lock Down. (No T.V./Shower/Change of clothes etc)

There wasn't any investigation or anyone allowed to talk to either one of us, pertaining to making solid complaints, verbal complaints and numerous grievances being put in, towards these — un-necessary calculated lock ins.

Calculated, causing, groups to be cancelled, treatment staff to be told to leave the south unit, keep us locked in from 7:40 A.M. until 8:55 A.M. turning treatment into punishment.

✱ And D.H.S. staff and — Therapists (Dr. Van Pelt / P.C. Mrs. S. Olenio / Mrs. S. Adams / mental man) constantly tells us that they don't get involved with D.O.C. Issues.

Causing D.O.C. and the — harrassment to elevate and continue. "Due to the complaints being made." ✱

✱✱ The lock up procedures consist of being confined to a cell, nothing in it, for 72 hours,

# STATEMENT OF CLAIMS

3 OF 7

3/17/14

then we have to see S.H.S. P.C.'s (Mrs. J. Ottino / Dr. VanPelt)

And then we have to see Internal Affairs (Mr. Pena / Mr. S. Harrison)

And then we as civilly Committed Residents, have to wait for the paper-work to get done, to be placed on Tier M.A.P. (Released from Cell)

Causing us to be confined to the cell for 3 to 5 days, no T.V., Radio, Shower, change of clothes Etc.

And each day that we complain, the punishment of staying and being confined to cell, is extended for a longer period of time.

Also, when we are cuffed, the Correction officers, twists one of our arms and then put the cuffs on, Dis-Regarding the ---- complaints of how this badly hurts our shoulders.

On 3/17/14, at 7:45 am 1st shift Sgt. L. Haskins grabbed her pepper spray and started shaking the can and for no apparent reason, started spraying it (pepper spray) into

# STATEMENT OF CLAIMS

4 of 7

3/17/14

Resident John Sanchez 587, And Resident Jamar Burney, 64 Eyes for her own personal reasons.

Because, we wasn't Resisting or causing any other Dis-Agreements, we were already in Handcuffs and Held By the Correction Officers. Giving Sgt. L. Haskins No Reason to spray that chemical (pepper spray) into our eyes.

Courts have also rejected the view that prison personnel are priviledged to make up Disciplinary charges. But even if that view is Accepted, If you are subjected to False charges And "Do not" Receive A Hearing, you should have A "Due process claim."

The courts are in Agreement that Disciplinary charges Brought in Retaliation For filing grievances, making complaints, pursuing Lawsuits or Engaging in other Activities protected By the Constitution violates the substantive Constitutional right in question.

Courts also Ruled, that prison Guards who Handcuffed you very tightly, Permanently Hurting your wrists and shoulders

# STATEMENT OF CLAIMS

5 of 7
3/17/14

And Hands. you must show the guard intended to handcuff you. But you do not have to show the guard intended to hurt you, when He handcuffed you.

The United States Court of Appeals For the Six Circuit, Held that a Reasonable jury could conclude that Being subjected to the Risk of prison Disciplinary Sanctions For Raising a Legitimate complaint would Deter a person From /of ordinary Firmness.

And also claimed that the Defendants violated His/their constitutional Rights under the "Equal protection clause", the "Due Process clause", the "First Amendment" and the "Eigth Amendment."

Under this standard, the prisoners Has to Establish an Egregious Abuse of --- Governmental "powers" or "Behaviors" that shocks the Conscience as a prerequisite to Recovery.

As I (Shakim D. Adams 543) was Being Brought Back to the South unit Lock up Area. I was trying to plead and Explain my innocense, my side of the story. And Again, I And my complaints is Dis-Regarded once Again. And I was placed in cell #322, on T.C.C. = 24 Hr.

# Statement of Claims

6 of 7
3/17/14

Locked Down," without having an "Administrative Hearing" or "Investigation taken place."

I am told by Sgt. L. Haskins, to shut up, she's not trying to hear it. "Causing myself Shakim D. Adams #543, Jamar Burney #647, John Sanchez #582, to put in Another complaint, grievances to get some form of relief. But as always, our exhausting our remedies is over-looked and dis-regarded.

And the consequences of us, putting in grievances and making verbal complaints is having our Lock up time (T.C.C.) being extended in staying locked in our cells on 24 hour Lock down.

Having no access to Legal phone calls, phone calls, showers or access to, talking to any D.H.S. Treatment staff or therapists, as per the orders of D.O.C. policies.

We (Shakim D. Adams #543, Jamar Burney & John Sanchez) can't inform Any D.H.S. staff, About our being sprayed with pepper/mase in our eyes by 1st shift Sgt. L. Haskins

# Statement of Claims

3/17/14

while in Handcuffs and not restraining or causing any kind of Disruption of Any Sort of way.

** The courts Ruled, that Psychiatric treatment may not be used for Disciplinary purposes, nor may Psychiatric confinement or isolation be imposed under any degrading or Excessive Restrictive Conditions.

Also that Excessive or unnecessary Force By Correction officers or prison staff violates the Constitution, And may be Remedied by Damages or injunctive Relief.

And that Supervisory officials may be Held liable on Several grounds. officials who know or should know, that a person is utilizing unconstitutional procedures, may be Held liable if they fail to Correct the violations. "Even if Committed By the Supervisors themselves" **

Civil Rights Complain

7. Relief

(State briefly exactly what you want the court to do for you. Make no legal argument. Cite no cases or statutes.)

I would like the Court to grant the following injunctions:

A.) the Removal of ~~them~~ Defendants, until this case is Resolved. or to be transfered to a Federally Funded Facility. out from under D.O.C. to prevent any further conflicts with ourselves and D.O.C.

B.) To have a Court Appointed Administrator, to over-see the Requested Relief.

C.) To Recieve Compensatory Damages for the mental & physical pain that is inflicted upon ~~us~~ by D.O.C..

D.) To have a Special Court Master to over-see the above injunctions.

Civil Rights Complain

8. Do you request a jury or non-jury trial? (Check only one)

     (✔) Jury Trial           ( ) Non-Jury Trial

I declare under penalty of perjury that the forgoing is true and correct to my knowledge, And would not knowingly or willfully give faults information to the court.

Signed this _12th_ day of _MARCH_, 2014

1.) Shakim D. Adams 543
2.) Jamar Burney 647
3.) John Sanchey 557
        Signature of Plaintiff.

_____.

    EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, (EACH) PLAINTIFF MUST SIGN THE COMPLAINT.